AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | |
|---|---|
| Betty Lou Stewart <br><br> *Plaintiff(s)* <br><br> v. <br><br> General Revenue Corporation <br><br> *Defendant(s)* | ) ) ) ) ) ) ) )  Civil Action No.  3:20-cv-19-DPJ-FKB ) ) ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  
General Revenue Corporation  
c/o C.T. CORPORATION SYSTEM  
645 Lakeland East Drive, Ste. 101  
Flowood, MS 39232

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J. Matthew Stephens  
Methvin, Terrell, Yancey, Stephens & Miller, P.C.  
2201 Arlington Avenue South  
Birmingham, Alabama 35205

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON  
*CLERK OF COURT*

Date:  01/10/2020

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:20-cv-00019-DPJ-FKB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* GENERAL REVENUE CORPORATION c/o C.T. Corporation System, Registered Agent was received by me on *(date)* Jan 15, 2020.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Matt Thibodeaux, Legal Assistant, who is designated by law to accept service of process on behalf of *(name of organization)* GENERAL REVENUE CORPORATION c/o C.T. Corporation System, Registered Agent on *(date)* Tue, Jan 21 2020 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 1/21/2020

_____
*Server's signature*
Terry Keith

_____
*Printed name and title*

Quantum Process, LLC 418 Pittman Rd., Ellisville, MS 39437
(601)800-2004

*Server's address*