# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

| | | |
|---|---|---|
| BETTY LOU STEWART | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 3:20-CV-19-DPJ-FKB |
| | ) | |
| GENERAL REVENUE CORPORATION, | ) ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF DISMISSAL

COMES NOW the Plaintiff, by and through undersigned counsel, and pursuant to FED. R. CIV. P. 41 gives notice that the case is dismissed with prejudice.

    s/J. Matthew Stephens
J. Matthew Stephens
MS Bar No. 101022
Attorney for Plaintiff Betty Lou Stewart

**OF COUNSEL**
**METHVIN, TERRELL, YANCEY,**
**STEPHENS & MILLER, P.C.**
2201 Arlington Avenue South
Birmingham, AL 35205
Telephone: (205) 939-0199
Facsimile: (205) 939-0399
E-mail: mstephens@mtattorneys.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this the 1st day of May, 2020, I have served a copy of the above and foregoing upon the following counsel of record via electronic mail:

Ryne Hand
Daniel, Coker, Horton & Bell
1712 15th Street
Suite 400
Gulfport, MS 39501
rhand@danielcoker.com

                                                         s/J. Matthew Stephens